# IN THE SUPREME COURT OF THE STATE OF NEVADA

JANET RUTH HILLER,
                          Appellant,
vs.
THE STATE OF NEVADA,
                          Respondent.

No. 82380

FILED

AUG 1 9 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

The parties have filed a stipulation to withdraw this appeal. Within the stipulation, counsel for appellant advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-24271

cc:   Hon. Cristina D. Silva, District Judge
Federal Public Defender/Las Vegas
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk